| 1 | KATHERINE JOHNSON (CA SBN 259854) |
|---|---|
| 2 | JOHN B. ACIERNO III (CA SBN 257176)<br>PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for AURORA LOAN SERVICES |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re | Case No.09-59604-ASW |
|---|---|
| KELLY CHU, | Chapter 7 |
| Debtor(s). | R.S. No. KLJ-777 |
| | DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | DATE: January 4, 2010<br>TIME: 2:00pm<br>CTRM: 3020: |
| | 280 S 1st St. #268<br>San Jose, CA 95113-3004 |

I, Linda Long, declare:

1. I am employed as a Bankruptcy Specialist by Aurora Loan Services LLC ("Movant"). I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant interest in the real property that is the subject of this Motion.

2. I am familiar with the manner and procedures by which Movant's business records are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by Movant's employees or agents in the performance of their regular business duties at or near the time, and conditions, and/or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons

- 1 -

1 with such knowledge. I have knowledge and/or access to Movant's business records regarding the Note and Deed of Trust that are the subject of this action and have personally reviewed these business records prior to executing this declaration.

3. On or about February 24, 2006, Debtor and Edmond K Chu (collectively, the "Borrowers"), for valuable consideration, made, executed and delivered to South Pacific Financial Corporation a California Corporation ("Lender") a Note in the principal sum of $1,235,000.00 (the "Note"). Pursuant to the Note, Borrowers are obligated to make monthly principal and interest payments commencing April 1, 2006, and continuing until March 1, 2036, when all outstanding amounts are due and payable. A true and correct copy of the Note is attached hereto as exhibit A and incorporated herein by reference.

4. Movant qualifies as the Note holder with standing to prosecute the instant Motion as Lender indorsed the Note in blank, thereby converting the Note to a bearer instrument and Movant is currently in rightful possession of the indorsed in blank Note.

5. On or about February 24, 2006, the Borrowers made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in real property commonly described as 48060 Avalon Heights Terrace, Fremont, California 94539 (the "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtor's bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on March 10, 2006, in the Official Records of Alameda County, State of California. A true and correct copy of the Deed of Trust is attached hereto as exhibit B and incorporated herein by reference.

/././
/././
/././
/././
/././
/././
/././

Case: 09-59604    Doc# 17-1    Filed: 12/10/09    Entered: 12/10/09 13:55:58    Page 2 of 4

6. Subsequently, Lender's beneficial interest in the Note and Deed of Trust was sold, assigned and transferred to Movant. A true and correct copy of the Corporation Assignment of Deed of Trust evidencing the Assignment of the Deed of Trust to Movant is attached hereto as exhibit C and incorporated herein by reference.

7. The obligation under the Note is in default as of December 1, 2008, for failure to make payments to Movant. As of November 17, 2009, the total obligation due and owing under the Note is in the approximate amount of $1,362,649.49, representing the principal balance of $1,273,083.46, interest in the sum of $56,122.12, late charges in the amount of $688.56, escrow advances in the amount of $32,300.18, a recoverable balance in the amount of $455.50, and less a suspense balance in the amount of $<0.33>. This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to pay off the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel. Further, Movant has incurred additional post-petition attorneys' fees and costs in bringing the instant Motion. Moreover, the total arrears under the Note are in the approximate sum of $67,873.90, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion. A true and correct copy of the contractual payment accounting pursuant to Local Rule 4001-1(g)(1) is attached hereto as exhibit D and incorporated herein by reference.

8. Movant is informed and believes that, based on Debtor's Bankruptcy Schedules and Statements, the fair market value of the Property is $1,218,195.00. True and correct copies of Debtor's Bankruptcy Schedules A and D are collectively attached hereto as exhibit E and incorporated herein by reference.

9. Based on the above, Movant maintains that the equity in the Property is as follows:

Based on the above, Movant maintains that the equity in the Property is as follows:

| | |
|---|---:|
| Fair Market Value: | $1,218,195.00 |
| Less: | |
| Movant's Trust Deed | $1,362,649.49 |
| Bank of America's Trust Deed | $1,279,770.00 |
| Costs of Sale (8%) | <u>$97,455.60</u> |
| Equity in the Property: | $<1,521,680.09> |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4 day of Dec, 2009, at Indpls, Ind (city, state).

*Linda Long*

- 4 -